```
RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Michael John Peterson
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN PETERSON,<br><br>　　　　　　Defendant. | 2:15-mj-030-GWF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for MICHAEL JOHN PETERSON, that the preliminary hearing scheduled for Tuesday, March 3, 2015 at 4:00 p.m., be vacated and be continued to a date and time convenient to the Court but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are continuing to work towards a resolution short of an indictment.

2. The defendant is incarcerated but does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to resolve this matter.

/ / /

/ / /

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

5. This is the second request for a continuance of the preliminary hearing.

DATED this 27th day of February, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
| */s/ Raquel Lazo*<br>By: _____<br>RAQUEL LAZO<br>Assistant Federal Public Defender<br>Counsel for Michael Peterson | */s/ Allison Herr*<br>By: _____<br>ALLISON HERR<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN PETERSON,<br><br>Defendant. | 2:15-mj-030-GWF<br><br>**<u>ORDER</u>** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, March 3, 2015 at 4:00 p.m., be vacated and continued to Monday, April 6th at the hour of 2:00 p.m.

DATED this 2nd day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE