DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALLISON L. HERR
Special Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: 2:15-mj-30-GWF |
| )  | |
| Plaintiff,  ) | STIPULATION TO CONTINUE |
| )  | PRELIMINARY HEARING |
| vs.  ) | (Fourth Request) |
| )  | |
| MICHAEL PETERSON,  ) | |
| )  | |
| Defendants.  ) | |
| )  | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Allison L. Herr, Special Assistant United States Attorney, counsel for the United States of America and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for defendant MICHAEL PETERSON., that the preliminary hearing date in the above-captioned matter, currently scheduled for May 6, 2015 @ 2:00 pm, be vacated and continued for forty-five (45) days to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1.     The parties have reached a negotiated settlement but need time to finalize paperwork and schedule the matter for a plea.

2.      The defendant is incarcerated but does not object to the continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.      The additional time requested herein is not sought for purposes of delay, but to allow for the parties an opportunity to swiftly resolve this matter.

5.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

6.      This is the <u>fourth</u> request to continue the preliminary hearing.

DATED this 1st day of May, 2015.

DANIEL G. BOGDEN                          RENE L. VALLADARES
United States Attorney                       Federal Public Defender


By: /s/ Allison Herr                              By:   /s/ Raquel Lazo
    ALLISON L. HERR                               RAQUEL LAZO
    Special Assistant United States Attorney      Assistant Federal Public Defender

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-mj-30-GWF |
| | ) | |
| Plaintiff, | ) | FINDINGS OF FACT, CONCLUSION OF |
| | ) | LAW AND ORDER |
| vs. | ) | |
| | ) | |
| MICHAEL PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1.      The parties have reached a negotiated settlement but need time to finalize paperwork and schedule the matter for a plea.

2.      The defendant is incarcerated but does not object to the continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.      The additional time requested herein is not sought for purposes of delay, but to allow for the parties an opportunity to swiftly resolve this matter.

5.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section

3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

6.      This is the <u>fourth</u> request to continue the preliminary hearing.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to prepare for preliminary hearing.

The continuance sought herein is allowed, with the defendant's consent pursuant to Federal Rules of Procedure 5.1(d).

## **ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for May 6, 2015 at the hour of 4:00 pm be vacated and continued to _____June 22, 2015_____ at the hour of __ 4:00 p.m.        .

DATED this __5th__ day of _____May_____, 2015.


_____George Foley Jr._____
THE HONORABLE GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

4