RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Michael John Peterson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN PETERSON,<br><br>Defendant. | 2:15-mj-030-GWF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for MICHAEL JOHN PETERSON, that the preliminary hearing scheduled for Monday, June 22, 2015 at 4:00 p.m., be vacated and be continued to a date and time convenient to the Court but no earlier than three (3) weeks.

This Stipulation is entered into for the following reasons:

1. The plea agreement has been signed, but needs to be submitted to the court for case assignment and district judge assignment.

2. The defendant is not incarcerated and does not object to the continuance.

3. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A),

considering the factors under Title 18, United States Code, Section 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

4. This is the third request for a continuance of the preliminary hearing.

DATED this 19th day of June, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By:_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender<br>Counsel for Michael Peterson | */s/ Allison Herr*<br>By:_____<br>ALLISON HERR<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN PETERSON,<br><br>Defendant. | 2:15-mj-030-GWF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, June 22, 2015 at 4:00 p.m., be vacated and continued to July 20, 2015 at the hour of 4:00 p.m.

DATED this 19th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3